IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRACIE BOUDREAUX, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | CIVIL ACTION NO. 4:12-cv-03724 |
| v. | § | |
| | § | Jury Trial Demanded |
| CMRE FINANCIAL SERVICES, INC., | § | |
| | § | |
| *Defendant*. | § | |

## **NOTICE OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Southern District of Texas, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Respectfully submitted,

By: s/Joseph Panvini
Joseph Panvini
Southern District Bar No. 1572837
WEISBERG & MEYERS, LLC
5025 North Central Ave., #602
Phoenix, AZ 85012
Telephone: (888) 595-9111
Facsimile: (866) 565-1327
jpanvini@AttorneysForConsumers.com

Attorney-in-charge for Plaintiff
TRACIE BOUDREAUX

1

## CERTIFICATE OF SERVICE

      I certify that on February 21, 2013, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Texas, Houston Division using the electronic case filing system of the court.

                                              s/Joseph Panvini
                                              Joseph Panvini