UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRACIE BOUDREAUX, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION H-12-3724 |
| CMRE Financial Services, Inc., | § § § | |
| *Defendant*. | § § | |

## ORDER

Plaintiff's notice of dismissal with prejudice (Dkt. 4) is GRANTED.

Signed at Houston, Texas on February 21, 2013.

_____
Gray H. Miller
United States District Judge